UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
 ) 2:09-cv-00028-GEB-JFM
             Plaintiff, )
 )
     v. ) ORDER CONTINUING STATUS
 ) (PRETRIAL SCHEDULING)
GREG DANKER, individually and d/b/a) CONFERENCE; FED. R. CIV.
Placerville Grocery Outlet; ) P. 4(m) NOTICE
KAPRE PROPERTIES, INC., )
 )
             Defendants. )

Plaintiff, Scott N. Johnson, filed a Request and Proposed Order on March 24, 2009, in which he seeks continuance of the status conference. The request is granted. The status conference scheduled for April 13, 2009, is continued to May 11, 2009, at 9:00 a.m. A joint status report shall be filed no later than April 27, 2009.[1]

Plaintiff is hereby notified that Defendants Greg Danker and Kapre Properties, Inc. may be dismissed from this action under Fed. R. Civ. P. 4(m), if not served by May 5, 2009. To avoid dismissal, a

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

proof of service shall be filed showing service no later than May 6, 2009.

If Plaintiff believes he has good cause justifying extension of Rule 4(m)'s 120-day service period for these defendants, he shall file a declaration in which "good cause" is shown no later than May 6, 2009.

IT IS SO ORDERED.

Dated: March 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge