UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,)
)  2:09-cv-0028-GEB-JFM
        Plaintiff,)
)  ORDER CONTINUING STATUS
   v.)  (PRETRIAL SCHEDULING)
)  CONFERENCE
GREG DANKER, individually and d/b/a)
Placerville Grocery Outlet;)
KAPRE PROPERTIES, INC.,)
)
        Defendants.)

      Plaintiff's Status Report filed April 28, 2009, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for May 11, 2009, is rescheduled to commence at 9:00 a.m. on June 1, 2009. A joint status report shall be filed no later than 14 days prior to the June 1 hearing.[1]

      IT IS SO ORDERED.

Dated: May 8, 2009

                        GARLAND E. BURRELL, JR.
                        United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.